IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| **Robert Immordino and Allison Immordino,** | ) ) ) | Case No. _____ |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | **NOTICE** |
| **Exxact Express, Incorporated, John Doe Trucking Company and John Doe Truck Driver,** | ) ) ) ) | **OF REMOVAL** |
| **Defendants.** | ) | |

TO:   THE UNITED STATES DISTRICT COURT:

Defendant, Exxact Express, Incorporated, would respectfully show the Court in support of its Notice of Removal that:

1. The Summons and Complaint in this action were filed on January 25, 2021 in the Court of Common Pleas for Richland County, South Carolina. Attached for the Court are copies of Plaintiff's Summons and Complaint. The Complaint is the first pleading served upon the Defendant in this action and service was affected on January 28, 2021. Therefore, removal is timely under 28 U.S.C. §1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. The Plaintiffs are residents and citizens of the State of the State of South Carolina; and Defendant Exxact Express, Incorporated is organized and incorporated in the State of Florida and has its principal place of business in the State of Florida. The action has been brought by the

1

Plaintiffs against the Defendant for the alleged accident which occurred in Richland County, South Carolina.

3. Venue is proper in this matter in the Columbia Division of this Court in accordance with 28 U.S.C. §1441(a).

4. Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 as Plaintiff Robert Immordino alleges that as a result of this accident, he has suffered physical pain and suffering; loss of income; loss of enjoyment of life; substantial expenses for medical services; mental anguish; shock; fear; embarrassment; expenses for transportation and medical services; and actual and punitive damages. Plaintiff Allison Immordino is claiming loss of consortium damages as a result of the injuries her husband sustained in this accident.

5. Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendant's Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6. Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Richland County.

    Respectfully submitted,

    **SWEENY, WINGATE & BARROW, P.A.**

    s/ Mark S. Barrow
    Mark S. Barrow, Federal ID No. 1220
    William A. Neinast, Federal ID No. 104218
    1515 Lady Street
    Post Office Box 12129
    Columbia, South Carolina 29211
    (803) 256-2233

    **ATTORNEYS FOR DEFENDANT**
    **EXXACT EXPRESS, INC.**

Columbia, South Carolina
February 15, 2021